UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA APPLETON,<br><br>    Plaintiff,<br><br>  v.<br><br>BAY AREA RAPIT TRANSIT DISTRICT, et al.,<br><br>    Defendants. | Case No. 17-cv-05119-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On September 1, 2017, Plaintiff Andrea Appleton filed a Complaint and Application to Proceed in Forma Pauperis. *See* Compl., Dkt. No. 1; Appl., Dkt. No. 3. The undersigned granted the Application. IFP Order, Dkt. No. 4. On September 8, 2017, the Clerk of the Court mailed a letter to Plaintiff asking Plaintiff to provide the name and address of each Defendant. Dkt. No. 5. The Clerk needs this information to issue summonses and the U.S. Marshals need this information to accomplish service of process. When Plaintiff did not respond to the first letter, the Clerk of the Court mailed a second letter requesting the same information on October 3, 2017. Dkt. No. 6. As of the date of this Order, Plaintiff has not yet responded to the Clerk's letters. The Clerk therefore cannot issue the summonses and the U.S. Marshals cannot serve Defendants. It is Plaintiff's responsibility to prosecute this action, and the case cannot move forward without service.

Accordingly, the Court hereby VACATES the Initial Case Management Conference scheduled for November 30, 2017 and **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute. **Plaintiff shall file a declaration by November 16, 2017**. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on November 30, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided that failure to file a written

response will be deemed an admission that Plaintiff does not intend to prosecute, and the undersigned will reassign the case to a district judge with the recommendation to dismiss the case without prejudice. Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 24, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge