UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA APPLETON,

        Plaintiff,

    v.

BAY AREA RAPIT TRANSIT DISTRICT, *et al*.,

        Defendants.

Case No. 17-cv-05119-SI

**ORDER GRANTING PLAINTIFF'S REQUEST FOR 60 DAY EXTENSION OF DEADLINES; REFERRING PLAINTIFF TO PRO SE HELP DESK; SETTING INITIAL CASE MANAGEMENT CONFERENCE FOR FEBRUARY 16, 2018 AT 2:30 PM**

Re: Dkt. Nos. 8, 10

On November 22, 2017, Magistrate Judge James issued a Report and Recommendation recommending that this case be dismissed for failure to prosecute. This case was then reassigned to this Court. On December 5, 2017, plaintiff, who is appearing *pro se*, filed a timely objection to the Report and Recommendation. Plaintiff's letter states that she wishes to prosecute this case and that she is trying to find counsel to represent her. Plaintiff requests a 60 day continuance of all deadlines.

The Court GRANTS plaintiff's request, and in light of plaintiff's stated desire to prosecute this case, does not adopt the Report and Recommendation. The Court schedules an initial case management conference for February 16, 2018 at 2:30 p.m. The Court also advises plaintiff that assistance is available at the Northern District's Pro Se Help Desk (415-782-8982), and at http://cand.uscourts.gov/helpcentersf.

    **IT IS SO ORDERED**.

Dated: December 21, 2017

_____
SUSAN ILLSTON
United States District Judge