UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA APPLETON, <br><br> Plaintiff, <br><br> v. <br><br> BAY AREA RAPIT TRANSIT DISTRICT, *et al.*, <br><br> Defendants. | Case No. 17-cv-05119-SI <br><br> **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On February 16, 2018, the Court held a case management conference in this case. Plaintiff did not appear for the conference, nor did plaintiff contact the Court to request a continuance. The docket in this case reflects that plaintiff was previously ordered to show cause why this case should not be dismissed for failure to prosecute. Dkt. No. 7. In response to that order, plaintiff filed a letter stating that she wished to prosecute this case, and she requested a 60 day continuance of all deadlines. Dkt. No. 10. In an order filed December 21, 2017, the Court granted plaintiff's request and scheduled the February 16, 2018 case management conference. Dkt. No. 11.

In light of plaintiff's failure to appear for the case management conference, as well as the fact that it does not appear that plaintiff has served any defendants, the Court finds it appropriate to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b). If plaintiff wishes to pursue the claims alleged in the complaint at a future time, plaintiff may file a new lawsuit (plaintiff is advised to be aware of the applicable statutes of limitation).

**IT IS SO ORDERED**.

Dated: February 16, 2018

_____
SUSAN ILLSTON
United States District Judge