UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA APPLETON, | Case No. 17-cv-05119-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BAY AREA RAPIT TRANSIT DISTRICT, *et al.*, | |
| Defendants. | |

The Court has dismissed this case without prejudice for failure to prosecute. Judgment is hereby entered accordingly.

**IT IS SO ORDERED**.

Dated: February 16, 2018

SUSAN ILLSTON
United States District Judge